# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

April 1, 2019

BY E-FILE
The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

Re: United States v. John Wolf 15 CR 624 (WFK)

Dear Judge Kuntz:

A sentencing hearing in this matter was held on March 26, 2019 during which the Court sentenced Mr. Wolf.

As part of the sentencing proceedings on March 26, 2019, the Court granted Defense Counsel's request to recommend to the Bureau of Prisons that Mr. Wolf be incarcerated at FMC Lexington. Defense Counsel respectfully requests that the Court also recommend that Mr. Wolf be accepted to RDAP, the Bureau of Prisons' substance abuse treatment program. We have discussed this request with Assistant United States Attorney Moira Kim Penza, and the government consents to this request.

If the Court has any questions or concerns regarding this request, we stand ready to assist. Thank you for your continued courtesy in this matter.

Respectfully submitted,

*Andrea Zellan*
Andrea Zellan
Marc Agnifilo

cc: AUSA Moira K. Penza (via ECF and email)