UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

JOHN WOLF,

                Defendant.
-----------------------------------------------------------------X

**ORDER**
15-CR-624 (WFK) (CLP)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 16, 2025, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") recommending the Court deny in its entirety the motion filed by prospective intervenor Sodexo America, LLC ("Sodexo"), in the above-captioned case. ECF No. 98. The parties did not file any objections to the R&R, which were due by Monday, September 1, 2025. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). Finding no such error here, the Court adopts the R&R in its entirety. Sodexo's motion at ECF No. 92 is DENIED.

SO ORDERED.

s/WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2025
      Brooklyn, New York